IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL PISTORIUS *pro se*, | ) |
| | ) Civil Action No. 08-362 |
| Plaintiff, | ) |
| | ) Judge Gary L. Lancaster / |
| vs. | ) Magistrate Judge Amy Reynolds Hay |
| | ) |
| ECHOSTAR SATELLITE L.L.C., | ) *Electronically Filed* |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action, each party to bear its own costs and fees as more fully set forth in the Settlement Agreement and Release.

APPROVED BY:                                APPROVED BY:

FOR THE PLAINTIFF:                          FOR THE DEFENDANT:

*/s/ Cheryl Pistorius*                      */s/ Erin J. McLaughlin*
Plaintiff Cheryl Pistorius, *pro se*        George Basara *(PA 41811)*
c.pistorius@yahoo.com                       george.basara@bipc.com
2860 Washington Boulevard                   Jaime S. Tuite *(PA 87566)*
McKeesport, PA 15133                        jaime.tuite@bipc.com
                                            Erin J. McLaughlin *(PA 202044)*
                                            erin.mclaughlin@bipc.com

                                            BUCHANAN INGERSOLL & ROONEY PC
                                            One Oxford Centre, 20th Floor
                                            301 Grant Street
Dated: December 22, 2008                    Pittsburgh, PA 15219-1410
                                            Phone: (412) 562-8800
                                            Fax:   (412) 562-1041

SO ORDERED, this 2nd day of December, 2008.

_____
Hon. Gary L. Lancaster, U.S. District Judge